FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 23 2022

BY
DEPUTY_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Michael D. Grogan

Case Number: 1:22 cv 263

List the full name of each plaintiff in this action.

VS.

City of Port Arthur Police Dept
TML Insurance Adjuster
Mr. Jeff Thompson CEO

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

_____

_____

    C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes   __✓__ No

    B.    If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

        1.    Approximate file date of lawsuit: _____

        2.    Parties to previous lawsuit(s):

            Plaintiff_____

            Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

        3.    Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

            _____

        4.    Docket number in other court. _____

        5.    Name of judge to whom the case was assigned.

            _____

        6.    Disposition: Was the case dismissed, appealed or still pending?

            _____

        7.    Approximate date of disposition. _____

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Michael D. Grogan
340 Gulfway Dr
Port Arthur Tx 77640

Pla #2 _____

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: City of Port Arthur Police Dept
645 4th St.
Port Arthur Tx, 77640

Dft #2: TML Insurance adjuster Mary Potts
1821 Rutherford
Austin Tx 78754

Dft #3 Mr. Jeff Thompson
1821 Rutherford Land
Austin Tx 78754

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I have Enclosed the Complaints filed with City of Port Arthur City Hall, City Manger Mr. Burton, Chief of Police Department Tim Doroso, TML Mary Potts adjust Answer to me from the TML.

I Ask the court to now Consider the date of 6-28-20 And Enclosed Copy of the adjuster. Have "He" not order me outta Running motor Vehicel And pushed me up against It, my foot would not have been Injured toes broken And fractured Ankle. The non-provoke use of force upon me at the "JCCF" Jefferson County correctional facility The officer grabbed me from the left side And forcely throw me outta the police Vehicel because I could not put left foot down with wieght on it. Both foot wear Swollen big with "now" No Shoes on foot.

The Complaint tells the rest. The Burden of proof lays on All Parties. Thank you.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I ask the court to consider a fair compensation for the injuries I suffered which from this, I have a time just walking hard to just bend my left leg period. Putting on my shoes is still painful today. My ankle I still put the brace on it, just to move.

Signed this 23RD day of June (Month), 20 22 (Year).

Michael D. Grogan
340 Gulfway Dr.
Port Arthur Tx 77640
409-665-7898

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 23RD day of June 2022
Date

Michael D. Grogan
Signature of each plaintiff

Michael D. Grogan
   VS.
Defendant(1) Bridgett Alexander
Defendant(2) Officer Summers of Port Arthur Police Dept
Defendant(3) Corr Health Medica of (J.C.C.F.)

## 1983 Civil Rights Law Suit:

Plaintiff — Michael Dena Grogan

Defendant — (1) Bridgett Alexander
           (2) Officer Summers of (P.A.P.D)
           (3) Corr Health Medical of (J.C.C.F)

C.C. Chief Durso
    I.D.A
    City Manager

HUMAN RESOURCES

DEC 28 2021

CITY OF PORT ARTHUR

1 of 6

Defendant (1) Bridgett Alexander:

On the 28th day of December of 2019, I, Plaintiff, Michael Grogan, was a rider in a motor vehicle owned and operated by Defendant (1) Bridgett Alexander, and upon her doing so, she injured the Plaintiff Michael Grogan by running over Plaintiff left foot breaking toe and fracturing my left ankle. While Plaintiff was being arrested up against the passager side of her running vehicle being handcuffed by the Port Arthur Police Dept, Defendant (2)

Defendant (2) Officer Summers

On the 28th day of December of 2019, I Plaintiff Michael Grogan was made to Self Incriminate myself by Defendant (2) Officer Summers to order Plaintiff from a running vehicle onto a Public Street and in Defendant doing so, did leave the Plaintiff injured by the vehicle defendant(s) remove Plaintiff from placing Plaintiff in harms way, By a running moving vehicle.

3 of 6

Summary, Amendment

Defendant(1) Bridgett Alexander

Did Injuried the Plaintiff Michael Grogan with her Motor Vehicle on December 28th of 2019, Bridgett Alexander was Notified at the time of Injury, of Breaking toes and fracturing the left ankle of left leg.

Defendant(1) Bridgett Alexander Should be held accountable for her action as well of failure to render Aid.

Her, defendant Aid would be to provide the Needed Information on her Motor Vehicle, that was Not taken by Defendant(2) at the time of her defendant(1) Bridgett Alexander running over the Plaintiff foot.

CITY OF PORT ARTHUR

DEC 29 2021

HUMAN RESOURCES

Corrected Error In paper
Michael Grogan
12/29/21

3 of 6

Defendant(2) Officer Summers

On the 28th day of December of 2019, defendant(2) Officer Summers did Intentionaly make a passager riding In amotor Vehicle Self Incriminate themselve, By removing them Plaintiff from the Backseat of a motor Vehicle — on to a public Street. Then abused his authority as a Officer to Charge Plaintiff with a bias Charge of Public Intoxication.

Upon defendant(2) Officer Summers removing Plaintiff from the Vehicle, I was now consider an pedestrian, I'm now standing up against a running vehicle handcuffed. I'm In the City of Port Arthur Police Dept Custody when, I was Injured By defendant (1) Bridgett Alexander Motor Vehicle.

At the Jefferson County Correctional Facility, defendant(2) officer Summers did intentionally used a Non provoked use of force upon Me Plaintiff by throwing outta Police Vehicle (trucks uv) face down on the ground.

I was already Injured by the motor Vehicle which left me unable to put pressure on left leg — right Foot was swollen as well. Making it hard for me to walk from ankle & toes —

2 of 1.

loss of eye glasses Cost of 200.00 Bond 850.00 Attorney fee for a Bias Charge.

I was the Victim;
The Victim of Assault at the Resident Where defendant(2) Officer Summers went to, yet Stated to Plaintiff (he) Needed to talk to Who Made the Call for the Police. For 1333 or 1334 Rev. Raymond Scott. Blvd.

At this Address She (Joan Sneed) did intentionally Created, Insighted an assult upon me. defendant(2) did not want to talk to me. defendant(1) Bridgett Alexander Is the party whom did Stopped the assult upon, By removing Joan Sneed hands from around my throat area.

defendant(2) Officer Summers Made a victim out to be the problem. IN all this I still have Not Committed a Crime.

Deffendant (2) Officer Summers Should be held accountable for his action & failure to render Information from a vehicle that INjured a pedestrian and Subject IN his Custody.

Non-provoked use of force which did Injury the Plaintiff upper left leg Thigh area.

4 of 6

* Recklessness - Defendant(s) Officer Summers did know that the Motor Vehicle was running in the Street.
* Negligence which did Bring harm upon me.
* Failure to Render Aid.

On December 29th of 2019 Sergeant MO (spelling unsure) was called to the Urgent Care on Hwy 365 and 9th Ave (P.A. Tx) To take a complaint from Plaintiff regarding me and how I was injured on the 28th day of 2019.

Sergeant MO did not come to speak with me and refused to take my complaint. Instead he spoken directly to the treatment Dr — of me.

I was made to leave out of a Medical Facility. Under the 27th Constitution Sergeant MO did knowingly and intentionally Violated Plaintiff when interfered with my Medical as well as the HIPAA. He did not have my consent to violate my privacy with a treatment Dr of Urgent Care.

He was contracted to see me not the Dr — Sergt. MO contacted me 2 hours later and asked me where I was and what Hospital I go to.

I was at, Sergt Mo was seen by me looking at me talking with the Dr. of Urgent Care and walked out of the Building. Sgt. Mo then Came to 1900 E. 15th St. P.A,Tx. My Home.

Corr Health of J.C.C.F, Knowingly And Intention Violated the Disability (ADA). Acts of Non compliance. Medical was supposed to provide Plaintiff with Crutches, Cane, Walker to keep weight off My feet, yet Medical Stated Nothing was wrong with me I have Neuropathy, which will make the feet leg Ankle more painful. I am disable In Eye's And limbs. I had no Accommodations to function Inside the Cell Onces Medical removed Me from a wheel Chair And left Me sitting on Beanch

Please consider the papers that has Already Been filed.

Thank you.

Michael D. Hoga
340 Gulfway Dr.
Port Arthur Tx 77640
409-665-7898

6 of 6



June 26, 2020

WORKERS' COMPENSATION • PROPERTY • LIABILITY

Ms. Michael Grogan
1900 E. 15th Street
Port Arthur, Texas 77640

RE:  TMLIRP Fund Member: City of Port Arthur
     Claimant: Michael Grogan
     Date of Loss: December 28, 2019
     TMLIRP Claim No: LB121677

Dear Ms. Grogan:

The City of Port Arthur forwarded your complaint to the Texas Municipal League Intergovernmental Risk Pool for review.

Based on our investigation of your complaint, we determined your injuries were not caused by any wrongful act, omission or negligence by the City or the officers. The City and the officers simply have no legal liability in this matter.

Since there has been no evidence of wrongdoing on behalf of the City, your claim is denied in its entirety. I appreciate your cooperation and hope your sister will help you receive proper medical attention for your injury.

Sincerely,

M. P.

Mary Potts
Senior Claims Specialist
Texas Municipal League IRP

mp

---

TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P.O. Box 149194 • Austin, Texas 78714-9194 • www.tmlirp.org