| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

MICHAEL GROGAN, §
  §
  Plaintiff, §
  §
versus § NO. 1:22-CV-00263-MAC-ZJH
  §
CITY OF PORT ARTHUR POLICE §
DEPARTMENT, TML INSURANCE §
ADJUSTER, and JEFF THOMPSON §
  §
  Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On June 23, 2022, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. On the same day, Plaintiff Michael Grogan filed her *Complaint* (Doc. No. 1) and *Motion for Leave to Proceed In Forma Pauperis* (Doc. No. 2). Accordingly, pursuant to 28 U.S.C. § 1915, the magistrate judge found that Grogan met the indigence requirements to proceed *in forma pauperis*. Doc. No. 3. As such, the magistrate judge *sua sponte* dismissed Grogan's complaint as frivolous and for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii). The court has received and considered the report (Doc. No. 3) of the magistrate judge. No objections to the report and recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 3) is **ADOPTED.** Plaintiff Michael Grogan's *Complaint* (Doc. No. 1) is therefore dismissed.

SIGNED at Beaumont, Texas, this 3rd day of November, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE