| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

MICHAEL GROGAN, §
§
      Plaintiff, §
§
*versus* § NO. 1:22-CV-00263-MAC-ZJH
§
CITY OF PORT ARTHUR POLICE §
DEPARTMENT, TML INSURANCE §
ADJUSTER, and JEFF THOMPSON, §
§
      Defendants.

## FINAL JUDGMENT

The court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff Michael Grogan take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 3rd day of November, 2022.

                                                  MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE